

# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

August 31, 2012

Ms. Sandra Cockran Liser
Naman Howell Smith & Lee PLLC
306 West Seventh Street, Suite 405
Fort Worth, TX 76102

Mr. Frank Gilstrap
Hill Gilstrap, P.C.
1400 W. Abram Street
Arlington, TX 76013

Mr. Scott A. Brister
Andrews Kurth LLP
111 Congress Avenue, Suite 1700
Austin, TX 78701

Mr. Thomas S. Leatherbury
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975

RE: Case Number:  11-0265
Court of Appeals Number:
Trial Court Number:  141-252083-11

Style:  THE EPISCOPAL DIOCESE OF FORT WORTH, ET AL.
v.
THE EPISCOPAL CHURCH, ET AL.

Dear Counsel:


Today the Supreme Court of Texas set both direct appeals for oral submission on **Tuesday, October 16, 2012**. The Motion to Expedite Oral Argument is granted. Counsel should be present in the courtroom by **8:30 a.m. for check-in with the Marshals**. Oral arguments begin at 9:00 a.m. If desired, counsel may call the Clerk's Office for the order of setting on **Friday, October 12, 2012**. Each side has been allotted **twenty (20) minutes** for oral argument. TEX. R. APP. P. No. 59.


**PLEASE NOTE** it is the responsibility of the attorneys to determine who will present argument and how the allotted time will be shared. Please remember that each side, not each party, has been allotted twenty minutes for argument. Except with prior permission from the Court, only two attorneys may present argument for each side. TEX. R. APP. P. 59.5. All attorneys must file the Oral Argument Submission Form through the Texas.gov electronic filing system.



**THE SUPREME COURT OF TEXAS**
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

The Oral Argument Submission Form is located at http://www.supreme.courts.state.tx.us/oralarguments/oa.asp. Please indicate on the Oral Argument Submission Form **only the attorney/s who will present oral argument**, and e-file the form no later than **Wednesday, October 3, 2012**. Parties are assessed a $75.00 fee for the submission and oral argument of each direct appeal that will be collected when the forms are e-filed.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk